UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 1:09cv1117-SEB-JMS |
| | ) | |
| vs. | ) | |
| | ) | |
| JOYCE A. ZAGURSKY, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

The parties, Joyce A. Zagursky, M.D., in person, and the United States of America, by counsel, agree and stipulate as follows:

1. That the Defendant waive service of the Complaint and Summons in this action.

2. That the Defendant is subject to the jurisdiction of this Court.

3. That this amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308. *See* 28 U.S.C. §3002(3)(B).

4. That Judgment should be entered against the Defendants in the principal sum of $4,999.52, plus pre-judgment interest at the rate of 3.25% from June 24, 2005, the date of default to May 8, 2009, in the sum of $77.93, plus accruing prejudgment interest to the date of judgment, plus administrative/collections cost in the sum of -0-, plus costs of court in the sum of $350.00.

WHEREFORE, Judgment is entered against the defendant in the sum of $5,427.45 plus pre-judgment interest to the entry of judgment. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and be computed daily and compounded annually until paid in full.

DATED: 1/20/09        By: _____
                           Joyce A. Zagursky, M.D.

FOR THE UNITED STATES:

TIMOTHY MORRISON
United States Attorney

DATED: 12/8/09        By: _____
                           Jill Z. Julian
                           Assistant United States Attorney


APPROVED AND SO ORDERED

Date: 12/10/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Jill Z. Julian
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Joyce A. Zagursky, M.D.
900 Sin Hodgin Parkway
Richmond, IN 47374